IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:22-mc-00024-D

| AR TEXTILES, LTD., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **NOTICE OF SPECIAL APPEARANCE** |
| THE CINCINNATI INSURANCE COMPANY, and JOHN HACKNEY AGENCY, INC., | ) ) ) | |
| | ) | |
| Defendants. | | |

Please take notice that the undersigned Michael P. Baniak hereby enters a notice of special appearance as counsel for The Cincinnati Insurance Company in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Andrew A. Vanore, III.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Respectfully submitted this the 19th day of October, 2022.

             LITCHFIELD CAVO, LLP

         By: /s/ Michael P. Baniak
            Michael P. Baniak
            IL Bar. No. 6299036
            Litchfield Cavo, LLP
            303 W. Madison, Suite 300
            Chicago, IL 60606
            Tel.: (312) 781-6596
            Fax.: (312) 781-6630
            Baniak@LitchfieldCavo.com
            *Attorneys for The Cincinnati Insurance Company*

BROWN, CRUMP, VANORE & TIERNEY, PLLC

By: /s/ Andrew A. Vanore, III
Andrew A. Vanore, III
NC State Bar No. 13139
Brown, Crump, Vanore & Tierney, P.L.L.C.
801 Oberlin Road, Suite 330
Raleigh, NC 27605
Telephone: (919) 890-4467
Facsimile: (919) 835-0915
Email: dvanore@bcvtlaw.com
*Local Civil Rule 83.1(d) Counsel for The Cincinnati Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of **Notice of Special Appearance** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew W. Buckmiller
Joseph Z. Frost
Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Road, Suite 150
Raleigh, NC 27609
jfrost@bbflawfirm.com
mbuckmiller@bbflawfirm.com
*Attorneys for Plaintiff*

Allison J. Becker
Kendra N. Stark
Gordon Rees Scully Mansukhani, LLP
421 Fayetteville Street, Suite 330
Raleigh, NC 27601
abecker@grsm.com
kstark@grsm.com
*Attorneys for Defendant John Hackney Agency, Inc.*

This the 19th day of October, 2022.

> LITCHFIELD CAVO, LLP
>
> By: /s/ Michael P. Baniak
> Michael P. Baniak
> IL Bar. No. 6299036
> Litchfield Cavo, LLP
> 303 W. Madison, Suite 300
> Chicago, IL 60606
> Tel.: (312) 781-6596
> Fax.: (312) 781-6630
> Baniak@LitchfieldCavo.com
> *Attorneys for The Cincinnati Insurance Company*

BROWN, CRUMP, VANORE & TIERNEY, PLLC

By: /s/ Andrew A. Vanore, III
Andrew A. Vanore, III
NC Bar No. 13139
801 Oberlin Road, Suite 330
Raleigh, NC 27605
Telephone: (919) 890-4467 (Vanore)
Facsimile: (919) 835-0915
dvanore@bcvtlaw.com
*Local Civil Rule 83.1(d) Counsel for Defendant The Cincinnati Insurance Company*

4

Case 5:22-mc-00024-D   Document 13   Filed 10/19/22   Page 4 of 4